**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 135 MAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| BILLY WHITE, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 136 MAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| BILLY WHITE, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.